COM.

v.

JONES, A.

**3152 EDA 2016**

Superior Court of Pennsylvania.

06/09/2017

CP–48–CR–0003796–2002 (Northampton)

Affirmed

WILSON, A.

v.

**ADELSTON, D.**

**3280 EDA 2016**

Superior Court of Pennsylvania.

06/09/2017

November Term, 2015 No. 151101597 (Philadelphia)

Affirmed

J.R.

v.

**M.V.**

**3610 EDA 2016**

Superior Court of Pennsylvania.

06/09/2017

A06–2013–60663–C–37 Term, 2016 (Bucks)

Affirmed

**IN the INTEREST OF: K.K.R., a Minor**
**3887 EDA 2016**

Superior Court of Pennsylvania.

06/09/2017

CP–51–AP–0000915–2016 (Philadelphia)

Affirmed

**IN the INTEREST OF: C.R.S., a Minor**
**3889 EDA 2016**

Superior Court of Pennsylvania.

06/09/2017

CP–51–AP–0000916–2016, (Philadelphia)

Affirmed